The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHARLENE WAGNER,<br><br>    Plaintiff,<br><br> v.<br><br>UNIVERSITY OF WASHINGTON, *et al.*,<br><br>    Defendants. | NO. 2:20-cv-00091 BJR<br><br>**STIPULATION AND ORDER RE: CROSS-MOTIONS FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT ON STIPULATED FACTS** |

  WHEREAS, the parties have agreed to file cross-motions for summary judgment or partial summary judgment based on the stipulated facts filed concurrently with this Stipulation and Order;

  WHEREAS, the parties have agreed to the following briefing schedule for those cross-motions: Plaintiff's motion for summary judgment: June 16, 2020; Defendants' oppositions/cross-motions: July 17, 2020; Plaintiff's reply/opposition to cross-motions: August 7, 2020; Defendants' replies: August 28, 2020.

1  WHEREAS, resolution of the parties' planned cross-motions will efficiently advance this
2  litigation toward resolution while avoiding the need for discovery before the cross-motions are
3  resolved;

4  THEREFORE, the parties stipulate and respectfully request the Court to order that:

5  - The parties may file cross-motions for summary judgment or partial summary
6  judgment based on the parties' stipulated facts, with Plaintiff's motion for summary
7  judgment due June 16, 2020, Defendants' oppositions/cross-motions due July 17,
8  2020, Plaintiff's reply/opposition to cross-motions due August 7, 2020, and
9  Defendants' replies due August 28, 2020.

10  - The current deadline for initial disclosures is vacated.

11  - All discovery is stayed until after the resolution of the parties' cross-motions.

12 DATED this 15th day of May, 2020.

It is so stipulated,

 s/James G. Abernathy
James G. Abernathy, WSBA #48801
c/o Freedom Foundation
P.O. Box 552
Olympia, WA 98507
Telephone: (360) 956-3482
JAbernathy@myfreedomfoundation.com

*Attorney for Plaintiff*

ROBERT W. FERGUSON
Attorney General

*s/ Zebular J. Madison*
ZEBULAR J. MADISON, WSBA #37415
Assistant Attorney General
PO Box 40111
Olympia, WA 98504-0111
(253) 572-7385
Zebular.Madison@atg.wa.gov

*Attorneys for Defendant University of Washington*

STIPULATION AND ORDER RE: CROSS-
MOTIONS FOR SUMMARY JUDGMENT OR
PARTIAL SUMMARY JUDGMENT
NO. 2:20-CV-00091-BJR

2

1

2  /s/ *Robert H. Lavitt*
Robert H. Lavitt, WSBA #27758
3  Barnard Iglitzin & Lavitt LLP
18 West Mercer Street, Suite 400
4  Seattle, Washington 98119
Phone: (206) 257-6004
5  Fax: (206) 257-6039
E-mail: lavitt@workerlaw.com

6

Scott A. Kronland, *Pro Hac Vice*
7  Matthew J. Murray, *Pro Hac Vice*
Altshuler Berzon LLP
8  177 Post Street, Suite 300
San Francisco, CA 94108
9  (415) 421-7151
skronland@altber.com
10  mmurray@altber.com

11  *Attorneys for Defendant SEIU 925*

12

13

**Pursuant to stipulation, it is so ORDERED.**
14

Dated this 18th day of May, 2020.
15

16  _____
HON. BARBARA J. ROTHSTEIN
17  UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

**STIPULATION AND ORDER RE: CROSS-MOTIONS FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**
**NO. 2:20-CV-00091-BJR**

3