The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHARLENE WAGNER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSITY OF WASHINGTON, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00091-BJR<br><br>**STIPULATION AND ORDER RE: FILING OF AMENDED COMPLAINT** |

Pursuant to Fed. R. Civ. P. 15(a)(2), the parties stipulate that Plaintiff Charlene Wagner may file the Amended Complaint attached as Exhibit 1, which (as reflected in the "redline" comparison attached as Exhibit 2) changes nothing in the original Complaint (Dkt. 1) except which Washington state statute Plaintiff challenges. Pursuant to Fed. R. Civ. P. 15(a)(3), the parties further stipulate and request that the Court order that Defendants' already filed Answers (Dkts. 14 and 16) be deemed to be answers to the Amended Complaint.

All parties consent to the filing of the Amended Complaint and agree that there is no need for Defendants to file new Answers, because Defendants' Answers to the Amended Complaint would be identical to their original Answers. The parties further agree that there is no need to make

1

any changes to the Stipulation regarding Facts for Cross-Motions for Summary Judgment (Dkt. 20) or the current briefing schedule for cross-motions (Dkt. 21).

The parties therefore stipulate and request that the Court order that:

- Plaintiff's Amended Complaint attached as Exhibit 1 to this stipulation is deemed filed; and

- Defendants' Answers filed at Docket Numbers 14 and 16 are deemed to be Answers to Plaintiff's Amended Complaint.

DATED this 11th day of June, 2020.

It is so stipulated,

By: __s/James G. Abernathy_____
James G. Abernathy, WSBA #48801
c/o Freedom Foundation
P.O. Box 552
Olympia, WA 98507
Telephone: (360) 956-3482
JAbernathy@myfreedomfoundation.com

*Attorney for Plaintiffs*

ROBERT W. FERGUSON
Attorney General

_s/Zebular J. Madison_____
ZEBULAR J. MADISON, WSBA #37415
Assistant Attorney General
PO Box 40111
Olympia, WA 98504-0111
(253) 572-7385
Zebular.Madison@atg.wa.gov

*Attorneys for Defendant University of Washington*

_s/Robert H. Lavitt_____
Robert H. Lavitt, WSBA #27758
Barnard Iglitzin & Lavitt LLP
18 West Mercer Street, Suite 400
Seattle, Washington 98119

2

Phone: (206) 257-6004
Fax: (206) 257-6039
E-mail: lavitt@workerlaw.com

Scott A. Kronland, *Pro Hac Vice*
Matthew J. Murray, *Pro Hac Vice*
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
skronland@altber.com
mmurray@altber.com

*Attorneys for Defendant SEIU 925*

**Pursuant to stipulation, it is so ORDERED.**

Dated this 12th day of June, 2020.

*/s/ Barbara J. Rothstein*
_____
HON. BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

3