The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLENE WAGNER,

    Plaintiff,

v.

UNIVERSITY OF WASHINGTON, *et al.*,

    Defendants.

Case No. 2:20-cv-00091-BJR

**STIPULATION AND ORDER RE: FILING OF SECOND AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a)(2), the parties stipulate that Plaintiff Charlene Wagner may file the Second Amended Complaint attached as Exhibit 1, which (as reflected in the "redline" comparison attached at Exhibit 2) changes nothing in the First Amended Complaint (Dkt. 23-1) except the addition of the individual Defendants ANA MARI CAUCE, President of the University of Washington ("UW"), MINDY KORNBERG, Vice President for Human Resources at UW, and BANKS EVANS, Assistant Vice President at UW. Because of the consolidated nature of the Second Amended Complaint's definitions of terms and parties, and pursuant to Fed. R. Civ. P. 15(a)(3), the parties also stipulate and request that the Court order that Defendants' already-filed Answers (Dkts. 14 and 16) be deemed to be answers to the Second Amended Complaint. The

parties further stipulate that the new individual Defendants are proper "persons" under 42 U.S.C. § 1983.

All parties consent to the filing of the Second Amended Complaint and agree that there is no need for Defendants to file new Answers, because Defendants' Answers to the Second Amended Complaint would be identical to their original Answers. The parties further agree that there is no need to make any changes to the Stipulation regarding Facts for Cross-Motions for Summary Judgment ("Stipulation") (Dkt. 20), or the current briefing schedule for cross-motions (Dkt. 21). The parties also agree that all references to the "University," "UW," or "State Defendant" in the previously filed summary judgment briefing shall be construed to include the newly-added individual Defendants.

The parties therefore stipulate and request that the Court order that:

- Plaintiff's Second Amended Complaint attached as Exhibit 1 to this stipulation is deemed filed;

- Defendants' Answers filed at Docket Numbers 14 and 16 are deemed to be Answers to Plaintiff's Second Amended Complaint;

- All references to the "University," "UW," or "State Defendant" in the previously filed summary judgment briefing shall be construed to include the newly-added individual Defendants; and

- Plaintiff's Motion for Leave to Amend First Amended Complaint at Docket 31 is withdrawn.

DATED this 28th day of August, 2020.

////////

///////

| | | |
|---|---|---|
| 1 | ///// | |
| 2 | | It is so stipulated, |
| 3 | By: | _____s/James G. Abernathy_____ |
| 4 | | James G. Abernathy, WSBA #48801
c/o Freedom Foundation |
| 5 | | P.O. Box 552
Olympia, WA 98507
Telephone: (360) 956-3482 |
| 6 | | JAbernathy@myfreedomfoundation.com |
| 7 | | *Attorney for Plaintiffs* |
| 8 | | |
| 9 | | ROBERT W. FERGUSON
Attorney General |
| 10 | | __s/Zebular J. Madison_____
ZEBULAR J. MADISON, WSBA #37415 |
| 11 | | Assistant Attorney General
PO Box 40111 |
| 12 | | Olympia, WA 98504-0111
(253) 572-7385
Zebular.Madison@atg.wa.gov |
| 13 | | *Attorneys for Defendant University of Washington* |
| 14 | | |
| 15 | | ___s/Robert H. Lavitt_____
Robert H. Lavitt, WSBA #27758 |
| 16 | | Barnard Iglitzin & Lavitt LLP
18 West Mercer Street, Suite 400 |
| 17 | | Seattle, Washington 98119
Phone: (206) 257-6004 |
| 18 | | Fax: (206) 257-6039
E-mail: lavitt@workerlaw.com |
| 19 | | |
| 20 | | Scott A. Kronland, *Pro Hac Vice* (CA #171693)
Matthew J. Murray, *Pro Hac Vice* (CA #271461)
Altshuler Berzon LLP |
| 21 | | 177 Post Street, Suite 300
San Francisco, CA 94108 |
| 22 | | (415) 421-7151
skronland@altber.com |
| 23 | | mmurray@altber.com |
| 24 | | *Attorneys for Defendant SEIU 925* |

1
2
3  **Pursuant to stipulation, it is so ORDERED.**
4  Dated this 31st day of August, 2020.

*[Signature: Barbara J. Rothstein]*

HON. BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE