# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLENE WAGNER,<br><br>                      Plaintiff,<br>   v.<br><br>UNIVERSITY OF WASHINGTON, a public university; ANA MARI CAUCE, President; MINDY KORNBERG, Vice President for Human Resources; BANKS EVANS, Assistant Vice President; and SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 925, a labor organization,<br><br>                      Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:20-cv-00091-BJR |

\_\_      **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

All claims dismissed pursuant to the Cross-Motions for Summary Judgment.

DATED this 11th day of September 2020.

                                                             WILLIAM M. MCCOOL
                                                             Clerk of Court

                                                             /s/ *Tomas Hernandez*
                                                             Deputy Clerk